FILED
John E. Triplett, Acting Clerk
United States District Court

By CAshell at 2:39 pm, Jul 22, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

CHARLES LLANES,       *

       Petitioner,       *       CIVIL ACTION NO.: 5:19-cv-69

v.       *

TRACY JOHNS,       *

       Respondent.       *

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 17.  Petitioner Charles Llanes ("Llanes") did not file Objections to this Report and Recommendation.  Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DENIES as moot** Llanes' 28 U.S.C. § 2241 Petition and Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Llanes *in forma pauperis* status on appeal.

SO ORDERED, this ____22____ day of ____July____, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)