AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court
By MGarcia at 1:25 pm, Jul 23, 2020

CHARLES LLANES,

    Petitioner,

JUDGMENT IN A CIVIL CASE

    v.

CASE NUMBER: CV519-69

TRACY JOHNS,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 22nd day of July 2020, adopting the Report and Recommendation of the Magistrate Judge as the opinion of the Court, Judgment is hereby entered dismissing as moot Petitioner's 28 U.S.C. § 2241 Petition, and denying in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: July 23, 2020

John E. Triplett, Acting Clerk
Clerk

Candy Asbell
(By) Deputy Clerk



GAS Rev 10/1/03